## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 1:16-cv-01329-NYW-RJB

VIOLETA SOLIS,
CESAR SALAZAR,
EDGAR CEBALLOS,
AARON SALAS,
HILDEBERTO ALDECO BALTAZAR,
JUAN RAMON RODRIGUEZ,
and those similarly situated,

      Plaintiffs,

v.

THE CIRCLE GROUP, LLC,
LA DRYWALL, INC.,
L.A.G. DRYWALL, INC.,
JAVIER MARTINEZ DRYWALL, LLC,
GULF COAST CONSTRUCTION, INC.
JOSE MENDIOLA (AKA "CABALLO"),
JESUS ORNELAS (AKA "CHUY"),
JAVIER MARTINEZ, and
JEFFREY MUSTO;

      Defendants.

---

**NOTICE OF FILING OF REVISED SECOND AMENDED COMPLAINT**

---

Plaintiffs Violeta Solis, Cesar Salazar, Edgar Ceballo, Aaron Salas, Hildeberto Aldeco Baltazar, and Juan Ramon Rodriguez (collectively "Plaintiffs") through their attorneys, Mary Jo Lowrey and Sarah Parady of Lowrey Parady, LLC, and Alexander Hood and David Seligman of Towards Justice, hereby respectfully give Notice to the Court pursuant to Fed. R. Civ. P. 15(a)(2) of filing of their Second Amended Complaint.

1.    **Certificate of Compliance with D.Colo.LCivR 7.1A**:  Plaintiffs' counsel have conferred with counsel for Defendants L.A.G. Drywall, Inc., Ellie Lockwood and James Kilroy

of the law firm of Snell & Wilmer and with counsel for The Circle Group, LLC and Jeffrey

Musto, Alice Powers of Lewis Brisbois Bisgaard & Smith, LLP who stated that they <u>do not</u>

<u>oppose</u> this motion.

2.      Plaintiffs filed their First Amended Complaint in this matter on June 22, 2016.

Plaintiff's originally filed their Motion for Leave to File Second Amended Complaint on August

2, 2016.  Such motion was denied by Magistrate Judge Wang due to technical issues; however,

Judge Wang granted leave for Plaintiffs to refile a Revised Second Amended Complaint no later

than September 7, 2016.

3.      Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its

pleading only with the opposing party's written consent or the court's leave."

4.      All opposing parties appearing in this matter have consented in writing to filing of

the Second Amended Complaint.  *See* Exhibit A.

5.      The primary purposes of the Complaint are to add three new Plaintiffs, Ms.

Adriana Lira, Ms. Nancy Gutierrez, and Ms. Beatriz Miramontes, and to add claims arising from

EEOC Charges only recently exhausted by these Plaintiffs and several existing Plaintiffs, Mr.

Aaron Salas, Mr. Hildeberto Aldeco Baltazar, Mr. Juan Ramon Rodriguez, Mr. Cesar Salazar

and Mr. Edgar Ceballos.

6.      A redline version of the Revised Second Amended Complaint compared to the

First Amended Complaint is attached hereto as Exhibit B for the Court's information.

WHEREFORE, Plaintiffs respectfully notice the Court of the filing of Plaintiffs' Revised

Second Amended Complaint.

Respectfully submitted this September 6, 2016.

*/s/ Sarah J. Parady*
Sarah J. Parady
Mary Jo Lowrey
Lowrey Parady, LLC
1725 High Street, Suite 1
Denver, CO  80218
Tel. (303) 593-2595, Fax (303) 502-9119
sarah@lowrey-parady.com
maryjo@lowrey-parady.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, I sent an electronic copy of the foregoing NOTICE OF FILING REVISED SECOND AMENDED COMPLAINT via CM/ECF to the following:

Alexander Hood
David Seligman
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218

Alice Powers
Lewis Brisbois Bisgaard & Smith, LLP
1700 Lincoln, Suite 4000
Denver, CO 80203
*Attorney for The Circle Group, LLC and Jeffrey Musto*

Ellie Lockwood
James Kilroy
Snell & Wilmer, L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
*Attorneys for L.A.G. Drywall, Inc.*

*/s/ Carol Zumwalt*
_____
Carol Zumwalt