**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:16-cv-01329-RBJ

VIOLETA SOLIS,
CESAR SALAZAR,
EDGAR CEBALLOS,
AARON SALAS,
HILDEBERTO ALDECO BALTAZAR,
JUAN RAMON RODRIGUEZ,
ADRIANA LIRA,
NANCY GUTIERREZ,
BEATRIZ MIRAMONTES,
and those similarly situated;

     Plaintiffs,

v.

THE CIRCLE GROUP, LLC,
LA DRYWALL, INC.,
L.A.G. DRYWALL, INC.,
JAVIER MARTINEZ DRYWALL, LLC,
GULF COAST CONSTRUCTION, INC.,
JOSE MENDIOLA (AKA "CABALLO"),
JESUS ORNELAS (AKA "CHUY"),
JAVIER MARTINEZ, and
JEFFREY MUSTO;

     Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS THE CIRCLE GROUP, LLC AND JEFFREY MUSTO'S
MOTION TO DISMISS**

---

     Plaintiffs Violeta Solis, Cesar Salazar, Edgar Ceballos, Aaron Salas, Hildeberto Aldeco Baltazar, Juan Ramon Rodriguez, Adriana Lira, Nancy Gutierrez and Beatriz Miramontes (collectively "Plaintiffs"), through their attorneys, Mary Jo Lowrey and Sarah J. Parady of Lowrey

1

Parady, LLC and Alexander Hood and David Seligman of Towards Justice, hereby respectfully move the Court for a 14-day extension of time to file their Response to Defendant The Circle Group, LLC and Jeffrey Musto's Motion to Dismiss (hereinafter "Motion to Dismiss").

1. **Certificate of Compliance with D.Colo.LCivR 7.1A**: The undersigned counsel for Plaintiffs conferred with James Kilroy, counsel for L.A.G. Drywall, Inc., and Alice Powers, counsel for The Circle Group, LLC and Jeffrey Musto. Counsel for these Defendants were <u>not opposed</u> to a 14-day extension of time up to and including October 25, 2016 for Plaintiffs to file a response to Defendants Motion to Dismiss.

2. On September 20, 2016, Defendants The Circle Group, LLC and Jeffrey Musto filed their Motion to Dismiss. The deadline for Plaintiffs to respond to the Motion to Dismiss is currently October 11, 2016.

3. Plaintiffs hereby request a 14-day extension of time, up to and including October 25, 2016, to respond to the Motion to Dismiss.

4. No prior motions to extend the response deadline have been filed.

5. Undersigned counsel has primary responsibility for preparing Plaintiffs response to the Motion to Dismiss.

6. It will not be possible for the undersigned to file a response by the current deadline as a result of the obligations the undersigned has had or will have during the 21-day response period. In addition to counsel's normal workload, these include

   a. Representation at an all-day mediation in <u>Brooks v. Brookdale Green Mountain</u>, CCRD Charge Number E20161144;

    b. Preparing Rule 26 Disclosures in <u>Solis et al. v. The Circle Group, LLC et al.</u>, Case No. 1:16-cv-01329-RBJ (exchanged 9/21/16);

    c. Representation at an all-day mediation in <u>Carr v. ARC Thrift Stores</u>, CCRD Charge Number E20161176; (held 9/28/16);

    d. Filing a First Amended Complaint in <u>Mahaffey v. Power Motive Corporation and Zachary Loop</u>, Case No. 1:16-cv-01811-RBJ (filed 10/3/16);

    e. Filing an Internal Insurance Appeal in <u>Andre v. Kaiser Permanente</u> (due 10/7/16); and

    f. Preparing and submitting a Pre-Mediation Statement in <u>Vivas-Moreno et al v. James Craig Bair Ranch Co. et al</u>, Case No. 1:16-cv-0752-CBS (due 10/10/16).

WHEREFORE, Plaintiffs hereby respectfully move the Court for a brief 14-day extension of time, up to and including October 25, 2016, to respond to Defendant The Circle Group and Jeffrey Musto's Motion to Dismiss.

Respectfully submitted this 4th day of October, 2016.

    */s/ Sarah J. Parady*
    Sarah J. Parady
    Mary Jo Lowrey
    Lowrey Parady, LLC
    1725 High Street, Suite 1
    Denver, CO  80218
    Tel. (303) 593-2595, Fax (303) 502-9119
    sarah@lowrey-parady.com
    maryjo@lowrey-parady.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2016, I sent an electronic copy of the foregoing UN-OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE CIRCLE GROUP, LLC AND JEFFREY MUSTO'S MOTION TO DISMISS as follows:

Alexander Hood
David Seligman
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
Via CM/ECF

Alice Powers
Rolf J. von Merveldt, III
Lewis Brisbois Bisgaard & Smith, LLP
1700 Lincoln, Suite 4000
Denver, CO 80203
Via CM/ECF
*Attorney for The Circle Group, LLC and Jeffrey Musto*

Ellie Lockwood
James Kilroy
Snell & Wilmer, L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Via CM/ECF
*Attorneys for L.A.G. Drywall, Inc.*                */s/ Carol Zumwalt*

                                                                                      _____
                                                                                      Carol Zumwalt