# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:16-cv-01329-RBJ

VIOLETA SOLIS,
CESAR SALAZAR,
EDGAR CEBALLOS,
AARON SALAS,
HILDEBERTO ALDECO BALTAZAR,
JUAN RAMON RODRIGUEZ,
ADRIANA LIRA,
NANCY GUTIERREZ,
BEATRIZ MIRAMONTES,
and those similarly situated;

    Plaintiffs,

v.

THE CIRCLE GROUP, LLC,
LA DRYWALL, INC.,
L.A.G. DRYWALL, INC.,
JAVIER MARTINEZ DRYWALL, LLC,
GULF COAST CONSTRUCTION, INC.,
JOSE MENDIOLA (AKA "CABALLO"),
JESUS ORNELAS (AKA "CHUY"),
JAVIER MARTINEZ, and
JEFFREY MUSTO;

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Alejandro Tapia, Benito Romero, and Ramon Rodriguez are opting-in to this suit as party plaintiffs to the Fair Labor Standards Act claims against Circle Group LLC, LA Drywall, Inc., L.A.G. Drywall, Inc., and Javier Martinez Drywall, LLC. Their Consent to Join forms are attached below.

                    Respectfully Submitted,

                    /s/ David H. Seligman
                    David H. Seligman
                    Towards Justice
                    1535 High St., Suite 300
                    Denver, CO 80218
                    Tel.: 720-248-8426
                    Fax: 303-957-2289
                    Email: david@towardsjustice.org

                    Attorneys for Plaintiffs

**Certificate of Service**

      I hereby certify that on October 27, 2016, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to F.R.C.P. 5.

                                                  s/David H. Seligman

                                                  David H. Seligman

DocuSign Envelope ID: 113B3F0B-123D-4605-B17B-6D978B055BE3

DocuSign Envelope ID: 113B3F0B-123D-4605-B17B-6D978B055BE3

## CONSENT TO JOIN

1. I hereby consent, agree, and opt-in to become a Plaintiff in *Solis, et al. v. Circle Group LLC, et al.*, 16-cv-01329 (D. Colo.) currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid overtime from my current/former employer(s), the Circle Group LLC, LA Drywall, Inc., L.A.G. Drywall, Inc., and/or Javier Martinez Drywall, LLC.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiffs in this action.

3. I hereby designate David Seligman and Alexander Hood of Towards Justice and Sarah Parady and Mary Jo Lowrey of Lowrey Parady LLP (the "Attorneys") to represent me in this action and consent to the following attorney fee arrangement: Plaintiffs' attorneys will be paid either the reasonable attorney's fees awarded by the Court or one-quarter (1/4) of the total of the attorney's fees and damages recovered for the Plaintiffs, whichever is greater, plus cost reimbursement.

4. I understand that the Court may later determine that I cannot assert these claims in this case, and then that I would have to bring my claims in a different action. This "Consent to Join" does not designate the Attorneys to represent me in any other action.

**DATE:** 11/10/2016

**SIGNATURE:** *[DocuSigned by: /s/ Alejandro Tapia — 048C934E32464C1...]*

**PRINTED NAME:** Alejandro Tapia

**ADDRESS:** 11917 archer pl aurora co

**PHONE:** 7207574970

DocuSign Envelope ID: DEEC19D7-511C-4EB8-9989-F2275EAE24FF

## CONSENT TO JOIN

1. I hereby consent, agree, and opt-in to become a Plaintiff in *Solis, et al. v. Circle Group LLC, et al.*, 16-cv-01329 (D. Colo.) currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid overtime from my current/former employer(s), the Circle Group LLC, LA Drywall, Inc., L.A.G. Drywall, Inc., and/or Javier Martinez Drywall, LLC.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiffs in this action.

3. I hereby designate David Seligman and Alexander Hood of Towards Justice and Sarah Parady and Mary Jo Lowrey of Lowrey Parady LLP (the "Attorneys") to represent me in this action and consent to the following attorney fee arrangement: Plaintiffs' attorneys will be paid either the reasonable attorney's fees awarded by the Court or one-quarter (1/4) of the total of the attorney's fees and damages recovered for the Plaintiffs, whichever is greater, plus cost reimbursement.

4. I understand that the Court may later determine that I cannot assert these claims in this case, and then that I would have to bring my claims in a different action. This "Consent to Join" does not designate the Attorneys to represent me in any other action.

**DATE:** 08/10/2016

**SIGNATURE:** *[DocuSigned by: R, 7C747DA00272435...]*

**PRINTED NAME:** Benito Romero

**ADDRESS:** 4225 Morrison Rd. Apt 310 Denver Co 80219

**PHONE:** 3038475589

DocuSign Envelope ID: 8E5ECB83-7E5E-4A68-802B-F4D0A0180E4F

## CONSENT TO JOIN

1. I hereby consent, agree, and opt-in to become a Plaintiff in *Solis, et al. v. Circle Group LLC, et al.*, 16-cv-01329 (D. Colo.) currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid overtime from my current/former employer(s), the Circle Group LLC, LA Drywall, Inc., L.A.G. Drywall, Inc., and/or Javier Martinez Drywall, LLC.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiffs in this action.

3. I hereby designate David Seligman and Alexander Hood of Towards Justice and Sarah Parady and Mary Jo Lowrey of Lowrey Parady LLP (the "Attorneys") to represent me in this action and consent to the following attorney fee arrangement: Plaintiffs' attorneys will be paid either the reasonable attorney's fees awarded by the Court or one-quarter (1/4) of the total of the attorney's fees and damages recovered for the Plaintiffs, whichever is greater, plus cost reimbursement.

4. I understand that the Court may later determine that I cannot assert these claims in this case, and then that I would have to bring my claims in a different action. This "Consent to Join" does not designate the Attorneys to represent me in any other action.

**DATE:** 11/10/2016

**SIGNATURE:** *Ramon Rodriguez* (DocuSigned)

**PRINTED NAME:** Ramon Rodriguez

**ADDRESS:** 7100 broadway 5k denver co 80221

**PHONE:** 7204611284