# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:16-cv-01329-RBJ

**VIOLETA SOLIS,**
**CESAR SALAZAR,**
**EDGAR CEBALLOS,**
**AARON SALAS,**
**HILDEBERTO ALDECO BALTAZAR,**
**JUAN RAMON RODRIGUEZ,**
**ADRIANA LIRA,**
**NANCY GUTIERREZ,**
**BEATRIZ MIRAMONTES,**
and those similarly situated;

      Plaintiffs,

v.

**THE CIRCLE GROUP, LLC,**
**JAVIER MARTINEZ DRYWALL, LLC,** and
**GULF COAST CONSTRUCTION, INC.**

      Defendants.

---

## DECLARATION OF DAVID H. SELIGMAN

---

I, David H. Seligman, in accordance with the requirements of 28 U.S.C. §1746, hereby declare:

1. I am over eighteen years of age and am competent to make the statements contained in this declaration.

2. I am an Attorney at Towards Justice in Denver, CO. Towards Justice was retained on a contingency fee basis by the Named Plaintiffs to prosecute this case.

3. <u>Towards Justice</u>:

    a. Towards Justice is a non-profit organization that provides access to justice for low-wage workers in Colorado and represents workers in litigation to address systematic labor market injustices.

    b. In addition to litigating cases, Towards Justice also provides an extensive intake and referral system for low-wage workers. Through that intake system, every year, Towards Justice receives hundreds of requests for support from low-wage workers seeking representation on wage-theft matters.

    c. Towards Justice employs two attorneys primarily dedicated to litigating class and collective actions on behalf of workers.

    d. While Towards Justice seeks to recover attorney's fees and costs for its work litigating cases on behalf of workers, Towards Justice attorneys may not directly and personally benefit from the award of attorney's fees.

    e. Towards Justice depends on the recovery of attorney's fees to compensate it for resources expended in litigation efforts.

    f. In addition to its litigators, Towards Justice employs an intake specialist who is fluent in Spanish and helps translate communications and documents for workers and clients.

g. The Colorado Hispanic Bar Association will award Towards Justice that organization's 2017 community service award for non-profits.

4. <u>Relevant Experience and Expertise</u>:

   a. I am counsel in the following class or collective actions or putative class or collective actions on behalf of workers or consumers: *Avendano v. Averus, Inc. et al.*, 14-cv- 01614-CMA- MJW (D. Colo.); *Menocal, et al. v. The Geo Group, Inc.*, (D. Colo.) 14-02887; *Rojas et al v. Westco Framers LLC et al.*, 15-cv-00168-WJM- KLM (D. Colo.); *Llacua et al v. Western Range Association et al.*, 15-cv- 01889-REB- CBS (D. Colo.); *Valverde v. Xclusive Staffing, Inc. et al*, 16-cv-00671- RM-MJW (D. Colo.); *Gambles et al. v. Sterling Infosystems, Inc.*, 15-09746 (S.D.N.Y.); *Shockley v Gobrands, Inc.*, 2:17-cv-04519-MSG (E.D. Pa..); *Johnson et al v. Colorado Seminary*, 17-cv-02074-MSK-KMT (D. Colo.); *Bautista v. Carl Karcher Enterprises LLC*, No. BC649777 (Cal. Super. Ct.).

   b. In 2010, I graduated from Harvard Law School, *cum laude*, where I was Supreme Court Co-Chair of the *Harvard Law Review*.

   c. After graduating from law school, I clerked for federal judges on the Federal District Court for the District of Massachusetts and the United States Court of Appeals for the Second Circuit.

d.  Following my clerkships, I was a staff attorney at the National Consumer Law Center in Boston, MA, where I advocated and litigated on behalf of low-income consumers.

e.  I am the author of several articles and treatises concerning consumer and employee class actions, including: David Seligman, *The Nat'l Consumer Law Center's Model State Consumer and Employee Justice Enforcement Act*, 19 J. Conumer & Com. L. 58 (2016); Consumer Arbitration Agreements: Enforceability and Other Topics (7th Ed. 2014) (6th ed.) (2013 Supp.); Consumer Class Actions (8th ed.) (2014 Supp.).

f.  I am also the author or principal drafter of several amicus briefs on issues relating to forced arbitration and consumer and employee class actions including: Br. of Nat'l Ass'n of Consumer Advocates, Nat'l Consumer Law Center, Nat'l Employment Law Project, Nat'l Employment Lawyers Ass'n, & Towards Justice as *Amici Curiae* on behalf of Plaintiffs, *Mohammed v. Uber Techs.*, No. 15-16178 (9th Cir.); Br. of Nat'l Consumer Law Center, Nat'l Employment Law Project, & Towards Justice, *O'Connor v. Uber Techs.*, Nos. 15-17532/16-15000 (9th Cir.); Br. of Nat'l Ass'n of Consumer Advocates, *Merkin v. Vonage*, No. 14-55397 (9th Cir.); Br. of East Bay Cmty. Law Ctr., Southern Ctr. for Human Rights, & Professors of Arbitration, *Breazeale v. Victim Servs. Inc.*, No. 14-05266 (N.D. Cal.).

5. <u>Reasonableness of Hourly Rate</u>: Based on my 7+ years of experience, the resources Towards Justice and I dedicate to litigating cases on behalf of low-wage, immigrant workers, and my expertise in consumer and employee class actions, I have a billing rate of $350 per hour, which was approved in *Heredia v. Lorentz*, 2013CV032542 (Denver County Dist. Court, May 1, 2017), a certified class and collective action on behalf of workers who were misclassified and denied overtime premiums. That rate is equal to the median rate for consumer class action practitioners in Colorado,[1] and it is also supported by the following authorities: *Nicholas v. Double J Disposal, Inc.*, 2016 WL 559185, at *3 (D. Colo. Feb. 12, 2016) (approving $300 per hour billing rate for attorneys with similar years of experience based in Grand Junction working on an individual, non-class case); *Saenz Mencia v. Allred*, 2017 WL 4480836, at *4 (D. Utah Oct. 6, 2017) (approving $450 hourly rate for attorney with 12 years of experience); *Clemens v. New York Cent. Mut. Fire Ins. Co.*, No. CV 3:13-2447, 2017 WL 3724236, at *31 (M.D. Pa. Aug. 29, 2017) (approving $350 rate for attorney with similar experience).

6. <u>Fees</u>: Attached to this Declaration, is a record of the hours I dedicated to prosecuting this matter. I spent 450.5 hours prosecuting this case, which at my $350/hr billing rate, amounts to a lodestar of **$157,675.00**.

---

[1] Ronald Burge, Esq., *Attorney Fee Survey Report: 2015-2016*, Sept. 1, 2017, at p. 47, *available at* https://www.nclc.org/images/pdf/litigation/tools/atty-fee-survey-2015-2016.pdf.

a. Those hours include time spent investigating the case, interviewing clients and class members, engaging in discovery, and in motions practice.

b. This case included an unusually large number of Named Plaintiffs and fear among class members about coming forward to assert their rights. Thus, relative to the rest of my work, this case required a substantial dedication of time and resources to counseling clients and class members.

c. The vast majority of the class members in this case do not speak English, and only two of the nine Named Plaintiffs speak English.

d. While I speak Spanish, I do not speak fluently enough to feel comfortable having conversations regarding important legal matters, including settlement negotiations. Therefore, for the majority of conversations that I had with clients and class members, a Towards Justice paralegal helped with translation. The time he dedicated to this case is not included in Towards Justice's lodestar calculation.

e. This case also required me to enter an appearance in the bankruptcy proceeding of the small entity that directly employed the class at the SkyHouse Denver construction project. Issues related to that bankruptcy and performing discovery in that bankruptcy were resource and time intensive.

  f. Because this case was scheduled for trial in October 2017, we accelerated our motions practice and discovery, and this case often took precedence over other work.

  g. I have also worked extensively with Optime Administration and Defendant Circle Group to establish a claims administration process that provides as many workers as possible with an opportunity to recover from the class fund. It is my understanding that at this date, 50 of 169 class members have already filed claim forms with Optime.

7. <u>Costs</u>: Also attached to this declaration is a breakdown of costs expended by Towards Justice in prosecuting this case. In total, Towards Justice spent $ 12,489.24 litigating this matter. That amount includes the costs of depositions and discovery in Atlanta, the costs of discovering and compiling data obtained in the Gulf Coast Construction Bankruptcy, and the costs of retaining an expert to perform a damages estimate.

I declare under penalty of perjury that the statements made herein are true and correct.

            */s/ David H. Seligman*
            David H. Seligman

            Date: November 28, 2017

# Towards Justice Costs
## Solis, et al. v. Circle Group, et al., 16-cv-01329 (D. Colo.)

| Date | User | Activity | Description | Billable Time |
|---|---|---|---|---|
| 11/4/2015 | DHS | Research | Review materials from workers at worksite and analyze scope of claim regarding straight-time pay and extent of underpayment | 1.40 |
| 12/3/2015 | DHS | Meeting | Meeting with workers re: relationship with potential employers | 2.70 |
| 2/3/2016 | DHS | Meeting | Meeting with workers re: class size/characteristics of class | 1.10 |
| 2/4/2016 | DHS | Draft | Review retainer agreements for possible retention with clients. | 0.70 |
| 2/4/2016 | DHS | Phone Call | Call with worker from skyhouse regarding where workers live and working conditions at the worksite | 1.50 |
| 2/4/2016 | DHS | Draft | Retainer agreements | 1.20 |
| 2/8/2016 | DHS | Phone Call | Discussion with worker re: hours worked per week | 1.80 |
| 2/9/2016 | DHS | Phone Call | Calls with several workers to discuss ongoing workplace practices | 1.80 |
| 3/4/2016 | DHS | Meeting | Discussion with worker and referral to workers' comp for injury issues | 0.90 |
| 3/8/2016 | DHS | Meeting | Meeting with workers and discuss benefits of class action lawsuit | 4.40 |
| 3/14/2016 | DHS | Phone Call | Discussion with attorneys in Georgia re: corporate defendants | 1.10 |
| 3/25/2016 | DHS | Phone Call | Discussion with workers to chart locations of TCG projects | 2.10 |
| 3/25/2016 | DHS | meeting | ES re: work at SkyHouse and in Nashville and in other sites | 4.10 |
| 3/29/2016 | DHS | Phone Call | Call re: TN employers | 1.10 |
| 3/29/2016 | DHS | Phone Call | Call w/worker re: identifying other workers | 0.70 |
| 4/5/2016 | DHS | Phone Call | Call w/ worker re: working conditions and discriminatory practices | 0.90 |
| 4/8/2016 | DHS | Meeting | Meeting w/co-counsel re: case and discrimination | 1.20 |
| 4/13/2016 | DHS | Draft | Prepare lien extensions | 3.30 |
| 4/15/2016 | DHS | Draft | Prepare lien extensions | 3.80 |
| 4/26/2016 | DHS | Phone Call | Call with LP re: affidavits and damges. | 0.50 |
| 4/26/2016 | DHS | Phone Call | Call with SJP re: logistics for client meetings | 0.50 |
| 4/28/2016 | DHS | Correspondence | Email w/co-counsel re: lost wages and damages calculations for clients. | 1.80 |
| 5/5/2016 | DHS | Meeting | Meeting @ el Centro with Clients and Call w/AS | 2.80 |
| 5/6/2016 | DHS | Phone Call | Call with SJP and VS re: discrimination issues at | 1.90 |
| 5/6/2016 | DHS | Phone Call | Call with ES re: TN and everything that happened there, plus discrimination issues re: worksite in | 1.50 |
| 5/13/2016 | DHS | Meeting | Meeting with three plaintiffs re: discrimination claims and EPA claims | 2.30 |

**Towards Justice Costs**
**Solis, et al. v. Circle Group, et al., 16-cv-01329 (D. Colo.)**

| Date | User | Activity | Description | Billable Time |
|---|---|---|---|---|
| 5/16/2016 | DHS | Meeting | Meeting with co-counsel re: next steps and division of duties for drafting and research | 2.00 |
| 5/25/2016 | DHS | Meeting | Meeting with CS re: fact development | 1.00 |
| 5/25/2016 | DHS | Phone Call | Call with SJP re: filing and media | 0.50 |
| 5/25/2016 | DHS | Meeting | Meeting with CS re: facts and claim | 1.00 |
| 5/26/2016 | DHS | Draft | Drafting complaint | 5.10 |
| 5/27/2016 | DHS | Meeting | Meeting with SJP and VS re: next steps in lawsuit and differences between discrimination and wage | 2.10 |
| 5/29/2016 | DHS | Draft | Draft complaint | 7.10 |
| 5/31/2016 | DHS | Meeting | Meeting w/JG and ND re: media discussions | 1.80 |
| 6/1/2016 | DHS | Correspondence | Discussions with reporter regarding case | 1.10 |
| 6/1/2016 | DHS | Draft | Complaint drafting | 2.70 |
| 6/1/2016 | DHS | Meeting | Meeting re: mechanics for filing and press release w- co-counsel | 2.80 |
| 6/2/2016 | DHS | Meeting | Filing and meeting with workers | 4.50 |
| 6/2/2016 | DHS | Research | Researching wage claims and class cert. questions | 2.80 |
| 6/3/2016 | DHS | Meeting | Discuss names on complaint with Carol et. al. | 1.50 |
| 6/6/2016 | DHS | Meeting | Meeting with SJP and ML re: to do going forward, serving discovery, | 1.60 |
| 6/6/2016 | DHS | Phone Call | Call with process server re: serving discovery | 0.20 |
| 6/6/2016 | DHS | Phone Call | Call with Bijain Kasrai re: GCC | 0.80 |
| 6/7/2016 | DHS | Correspondence | Email re: LA Drywall and service w/ MJL and SP | 1.70 |
| 6/7/2016 | DHS | Phone Call | Call with worker who has questions about case, possible opting in | 1.20 |
| 6/10/2016 | DHS | Meeting | Discuss wage lien extensions with AH and help him with filing | 3.20 |
| 6/13/2016 | DHS | Meeting | Meeting w- Hood re: news article and reading | 1.40 |
| 6/16/2016 | DHS | Meeting | Weekly case meeting with attorneys and prep: research re: class cert. in TN | 1.00 |
| 6/22/2016 | DHS | Correspondence | Email with w. MJL re: FAC and what we want to try and do in it | 0.50 |
| 6/22/2016 | DHS | Draft | Read and edit first amended complaint | 3.10 |
| 6/22/2016 | DHS | Correspondence | Call and emails w. MJL re: FAC | 2.80 |
| 6/24/2016 | DHS | Phone Call | Call w/process server and follow up re: service | 1.80 |
| 7/7/2016 | DHS | Meeting | Weekly team meeting re: all Ds and whether we'll be able to serve | 1.40 |
| 7/8/2016 | DHS | Draft | Work on SAC re: multistate issue and | 2.20 |
| 7/11/2016 | DHS | Draft | Motion to reschedule scheduling conference | 1.80 |
| 7/12/2016 | DHS | Research | Research bankruptcy issues re: GCC | 2.10 |
| 7/13/2016 | DHS | Research | research and call with cocounsel re: bky | 5.10 |
| 7/17/2016 | DHS | Research | EEOC and bankruptcy and automatic stay research | 1.60 |

**Towards Justice Costs**
**Solis, et al. v. Circle Group, et al., 16-cv-01329 (D. Colo.)**

| Date | User | Activity | Description | Billable Time |
|---|---|---|---|---|
| 7/18/2016 | DHS | Meeting | Co-counsel meeting re: strategy in the bankruptcy; discrimination facts; RIMAX workers and relationship to facts in this case | 2.10 |
| 7/19/2016 | DHS | Correspondence | Emails with co-counsel re: bankruptcy GCC | 0.80 |
| 7/22/2016 | DHS | Meeting | Meeting with Nancy regarding EEOC charges | 1.30 |
| 7/25/2016 | DHS | Draft | Review motion to change caption | 0.70 |
| 8/2/2016 | DHS | Draft | Email to trustee about moving forward and appproaches in the bankruptcy | 2.10 |
| 8/2/2016 | DHS | Phone Call | Call with SE attorneys regarding case | 1.20 |
| 8/2/2016 | DHS | Draft | Conditional cert. motion drafting | 2.10 |
| 8/3/2016 | DHS | Draft | Conditional cert. motion drafting | 6.60 |
| 8/3/2016 | DHS | Meeting | Meeting with co-counsel re: conditional cert., and EEOC charges, serving | 1.40 |
| 8/4/2016 | DHS | Draft | Email to Trustee about case and plan for moving | 2.20 |
| 8/8/2016 | DHS | Correspondence | Respond to Greg Ellis regarging bankruptcy and Rule 2004 | 0.90 |
| 8/9/2016 | DHS | Research | Prepare for creditors' meeting | 1.10 |
| 8/9/2016 | DHS | Phone Call | Call with worker re: opting into lawsuit | 0.30 |
| 8/9/2016 | DHS | Phone Call | Call with Greg Ellis regarding creditor meeting and next steps | 0.60 |
| 8/12/2016 | DHS | Meeting | Meeting regarding scheduling conference and other matters with co-counsel | 1.10 |
| 8/15/2016 | DHS | Phone Call | Call with workers' center in KY re: issue there | 0.90 |
| 8/16/2016 | DHS | Draft | Read LAG Answer | 1.10 |
| 8/22/2016 | DHS | Phone Call | Greg Ellis call re: class certification in the | 2.10 |
| 8/22/2016 | DHS | Meeting | Discussion re: limited retainers and filing lien extensions with JG | 1.60 |
| 8/23/2016 | DHS | Meeting | Team meeting to go over discovery issues and 23(f) planning | 1.70 |
| 8/24/2016 | DHS | Meeting | 26(f) confernece | 1.00 |
| 8/24/2016 | DHS | Draft | Draft email re: automatic stay and mechanics liens | 0.70 |
| 8/24/2016 | DHS | Draft | Review scheduling order | 0.80 |
| 9/5/2016 | DHS | Draft | Review Compl and first discovery requests | 1.10 |
| 9/6/2016 | DHS | Meeting | Meeting with co-counsel regarding settlement, class cert. motion. | 1.80 |
| 9/14/2016 | DHS | Correspondence | Email regarding multi-state class action claim | 0.70 |
| 9/20/2016 | DHS | Correspondence | Review emails and correspond regarding | 1.40 |
| 9/20/2016 | DHS | Draft | FLSA conditional cert. | 3.20 |
| 9/21/2016 | DHS | Correspondence | Review emails and correspond regarding | 1.40 |
| 9/22/2016 | DHS | Meeting | Meeting w.co-counsel regarding class structure possibilities and disclosures | 2.00 |
| 9/22/2016 | DHS | Meeting | Meeting regarding disclosures with co-counsel | 0.70 |

| Date | User | Activity | Description | Billable Time |
|---|---|---|---|---|
| 9/26/2016 | DHS | Meeting | Meeting re: identifying the class; contacting class members | 1.30 |
| 9/26/2016 | DHS | Phone Call | Discuss with Greg Ellis Rule 2004 subpoena and releasing the claims | 1.50 |
| 10/7/2016 | DHS | Meeting | Meeting with BK attorney and then convo with co-counsel re: moving forward | 2.10 |
| 10/10/2016 | DHS | Phone Call | Calls w/JG and potential opt-ins | 1.30 |
| 10/14/2016 | DHS | Draft | FLSA opt-in form drafting and research re: pre-certification opt-in | 1.80 |
| 10/17/2016 | DHS | Meeting | Co-counsel meeting re: discovery and subpoena | 2.00 |
| 10/18/2016 | DHS | Phone Call | Call with Ellis re: 2004 subpoena | 0.70 |
| 10/19/2016 | DHS | Draft | Review 2004 subpoena | 1.40 |
| 10/22/2016 | DHS | Phone Call | Call with SJP re: individual claims under CWCA | 0.20 |
| 10/24/2016 | DHS | Meeting | Meeting with co-counsel re: 3AC | 1.80 |
| 10/25/2016 | DHS | Draft | review 3AC and add edits to multi-state claims | 3.40 |
| 10/27/2016 | DHS | Draft | review discovery/30(b)(6) notice drafts | 0.70 |
| 10/31/2016 | DHS | Meeting | Meeting w.co-counsel strategizing collective action filing, next day scheduling conference, discovery | 1.30 |
| 11/1/2016 | DHS | Court Time | Meeting w.co-counsel regarding scheduling conference, scheduling conference | 2.20 |
| 11/3/2016 | DHS | Draft | Review 30(b)(6) notice | 1.30 |
| 11/6/2016 | DHS | Correspondence | Review emails from cocounsel re: LAG discovery | 0.40 |
| 11/7/2016 | DHS | Meeting | Meeting and convo with violeta re: workers' comp | 2.00 |
| 11/10/2016 | DHS | Draft | briefing Kane standard | 3.80 |
| 11/11/2016 | DHS | Draft | briefing Kane standard | 2.70 |
| 11/14/2016 | DHS | Draft | briefing Kane standard | 1.70 |
| 11/15/2016 | DHS | Draft | briefing Kane standard | 1.30 |
| 11/18/2016 | DHS | Phone Call | Call to discuss PHV admission | 0.90 |
| 11/18/2016 | DHS | Correspondence | Review emails re: discovery production | 1.30 |
| 11/19/2016 | DHS | Draft | Review 4AC | 1.70 |
| 11/22/2016 | DHS | Phone Call | Calls with opt-in plaintiffs and justin | 1.00 |
| 11/28/2016 | DHS | Draft | drafting Motion for Rule 2004 | 1.20 |
| 11/29/2016 | DHS | Phone Call | Call with Greg Ellis re: boxes of GCC materials | 1.70 |
| 12/2/2016 | DHS | Meeting | Meeting with co-counsel re: motions to dismiss and Rule 68 offer | 2.00 |
| 12/5/2016 | DHS | Draft | Draft email to co-counsel re: Rule 68 offer and calculate possible counter-offer. | 1.80 |
| 12/6/2016 | DHS | Other | Analysis for Colorado Rule 23 offer and Colorado Rule 23 possibilities | 2.40 |
| 12/6/2016 | DHS | Meeting | Meeting with co-counsel re: Rule 68 and class certification issues | 1.40 |
| 12/7/2016 | DHS | Draft | Draft email to co-counsel regarding deposition | 2.90 |
| 12/7/2016 | DHS | Phone Call | Call w-co-counsel re: Rule 68 offer. | 1.80 |

| Date | User | Activity | Description | Billable Time |
|---|---|---|---|---|
| 12/7/2016 | DHS | Draft | Draft conflict letter for clients | 0.40 |
| 12/8/2016 | DHS | Meeting | Meeting and calls re: Rule 68 offers with clients and co-counsel | 2.50 |
| 12/9/2016 | DHS | Research | Research on relationship to opt-in plaintiffs | 0.80 |
| 12/9/2016 | DHS | Phone Call | Call with opposing counsel re: deposition | 0.70 |
| 12/10/2016 | DHS | Research | Research discovery for opt-in plaintiffs, duties, etc. | 2.30 |
| 12/12/2016 | DHS | Correspondence | Email to opposing counsel re: discovery from opt-in plaintiffs | 1.20 |
| 12/12/2016 | DHS | Meeting | Meeting with co-counsel (weekly) | 0.70 |
| 12/13/2016 | DHS | Phone Call | Calls with Salas and Betty re: settlement offer | 2.30 |
| 12/14/2016 | DHS | Phone Call | Call with Solis and Nancy re: settlement and OSHA issues | 2.80 |
| 12/20/2016 | DHS | Phone Call | Calls with opt-in plaintiffs | 2.10 |
| 12/29/2016 | DHS | Draft | Review discovery and comment for SJP | 1.40 |
| 1/3/2016 | DHS | Meeting | Meeting w/co-counsel regarding discovery issues | 0.70 |
| 1/6/2017 | DHS | Draft | Drafting subpoena responses for Tapia, Romero, Rodriguez | 5.40 |
| 1/8/2017 | DHS | Draft | Motion to reconsider the FLSA denial. | 0.80 |
| 1/9/2017 | DHS | Draft | Response to LAG MTD research on Pizza Hut | 5.10 |
| 1/10/2017 | DHS | Draft | editing SP resp. MTD TCG | 2.80 |
| 1/12/2017 | DHS | Draft | Responding with discovery for Rodriguez opt-in | 0.80 |
| 1/17/2017 | DHS | Meeting | Meeting with co-counsel re: discovery responses | 1.40 |
| 1/17/2017 | DHS | Phone Call | Call with Greg Ellis re: Rule 2004 subpoena. | 1.80 |
| 1/18/2017 | DHS | Phone Call | Call with Greg Ellis re: discovery. | 0.10 |
| 1/18/2017 | DHS | Phone Call | Calls with Lira to go over discovery responses -- JG and SP present | 1.50 |
| 1/19/2017 | DHS | Phone Call | Calls re: interrogatory responses and w/co-counsel | 1.30 |
| 1/19/2017 | DHS | Resarch | research re: GCC and call with Ellis | 1.60 |
| 1/20/2017 | DHS | Research | Research discovery issue--protective order in | 0.70 |
| 1/20/2017 | DHS | Phone Call | Call with violeta re: settlement possibilities and | 1.40 |
| 1/23/2017 | DHS | Phone Call | Call with Ellis re: GCC bankruptcy | 0.40 |
| 1/23/2017 | DHS | Draft | Draft discovery responses based on phone calls | 1.80 |
| 1/23/2017 | DHS | Phone Call | Call with Greg Ellis re: GCC bankruptcy and possibility of moving forward in bky | 1.20 |
| 1/27/2017 | DHS | Draft | Draft discovery responses | 1.50 |
| 1/30/2017 | DHS | Draft | Review GCC filings | 1.30 |
| 1/31/2017 | DHS | Phone Call | Call with client re: settlement | 1.40 |
| 2/2/2017 | DHS | Phone Call | Calls with clients to confirm rogs | 4.90 |
| 2/3/2017 | DHS | Other | Sending out rogs and discussion with clients | 6.20 |
| 2/7/2017 | DHS | Phone Call | Call with clients re: moving forward, next steps after discovery | 1.60 |
| 2/17/2017 | DHS | Other | Discussion re: discovery with co-counsel | 1.10 |
| 2/20/2017 | DHS | Draft | Review and email to SJP regarding GCC discovery | 0.80 |

| Date | User | Activity | Description | Billable Time |
|---|---|---|---|---|
| 2/21/2017 | DHS | Draft | Drafting rog responses for TCG | 0.70 |
| 2/25/2017 | DHS | Resarch | Research facts for LAG deposition | 3.20 |
| 2/27/2017 | DHS | Meeting | Meeting with co-counsel re: depo strategy | 1.90 |
| 2/28/2017 | DHS | Research | reviewing discovery for depo prep for LAG | 2.80 |
| 3/1/2017 | DHS | Deposition | LAG Depo, review deposition and confer with co-counsel | 7.30 |
| 3/3/2017 | DHS | Deposition | Call with opposing counsel re: deposition timing | 1.40 |
| 3/4/2017 | DHS | Draft | Draft TCG responses discovery | 3.80 |
| 3/7/2017 | DHS | Other | preparing docusign for discovery and waivers | 2.80 |
| 3/8/2017 | DHS | Deposition | Depo re: RS | 5.80 |
| 3/9/2017 | DHS | Phone Call | Client outreach re: depsotions | 3.20 |
| 3/9/2017 | DHS | Phone Call | Calls with clients re: settlements | 2.30 |
| 3/10/2017 | DHS | Other | receiving and reviewing discovery responses re: | 6.40 |
| 3/12/2017 | DHS | Phone Call | Call re: settlements with clients | 2.90 |
| 3/14/2017 | DHS | Phone Call | skyhouse calls re: settlement | 1.20 |
| 3/14/2017 | DHS | Draft | Draft settlement agreement with LAG | 1.80 |
| 3/14/2017 | DHS | Research | Depo prep for TCG depositions | 3.50 |
| 3/17/2017 | DHS | Research | deposition prep for 30(b)(6), researching through logged TCG production | 6.80 |
| 3/20/2017 | DHS | Travel | **Travel to Atlanta (Half-rate)** | 3.90 |
| 3/21/2017 | DHS | Deposition | deposition of Circle Group and discussion with co-counsel during breaks | 9.20 |
| 3/21/2017 | DHS | Research | prep for depo of MS | 3.20 |
| 3/22/2017 | DHS | Deposition | deposition of musto | 8.10 |
| 3/23/2017 | DHS | Travel | **Travel from Atlanta (Half-rate)** | 3.20 |
| 3/23/2017 | DHS | Deposition | deposition of sanchez | 8.30 |
| 3/28/2017 | DHS | Draft | discovery responses skyhouse | 1.40 |
| 3/28/2017 | DHS | Meeting | meeting with co-counsel | 3.10 |
| 3/29/2017 | DHS | Other | uploading settlements for sig on docusign | 1.80 |
| 4/3/2017 | DHS | Meeting | meeting with co-counsel | 1.00 |
| 4/3/2017 | DHS | Phone Call | Calls with clients re: dropping claims | 1.40 |
| 4/5/2017 | DHS | Phone Call | Calling clients re:next steps | 0.60 |
| 4/10/2017 | DHS | Phone Call | Call with co-counsel re: dropping claims and deposition prep with our clients | 1.30 |
| 4/11/2017 | DHS | Other | Discussions with AH regarding how we deal with wage payments in settlements | 1.10 |
| 4/12/2017 | DHS | Phone Call | Research on backup withholding | 1.20 |
| 4/12/2017 | DHS | Phone Call | Call with opposing counsel re: settlement | 2.60 |
| 4/13/2017 | DHS | Phone Call | Phone call with opposing counsel re: withholding | 1.00 |
| 4/16/2017 | DHS | Correspondence | email with co-counsel about approach to next two | 1.40 |
| 4/19/2017 | DHS | Meeting | Meeting with MJ about Solis moving forward and VS deposition | 1.00 |
| 4/18/2017 | DHS | Research | Review new TCG discovery re: damages and DOL | 1.30 |

**Towards Justice Costs**
**Solis, et al. v. Circle Group, et al., 16-cv-01329 (D. Colo.)**

| Date | User | Activity | Description | Billable Time |
|---|---|---|---|---|
| 5/8/2017 | DHS | Meeting | meeting with co-counsel (weekly) | 1.20 |
| 5/9/2017 | DHS | Research | 1099 w-out ITIN | 0.70 |
| 5/16/2017 | DHS | Draft | draft email regarding backup withholding | 0.10 |
| 5/19/2017 | DHS | Phone Call | Call with Dave Stacy re: settlement payments | 1.30 |
| 5/22/2017 | DHS | Draft | Draft Rule 23 motion | 0.70 |
| 6/1/2017 | DHS | Draft | Draft Rule 23 motion | 6.70 |
| 6/12/2017 | DHS | Phone Call | Calls to workers who've reached out to us re: | 2.70 |
| 6/23/2017 | DHS | Draft | Mediation statement | 6.20 |
| 6/24/2017 | DHS | Draft | Mediation statement | 4.90 |
| 6/26/2017 | DHS | Draft | Rule 23 motion | 3.80 |
| 6/30/2017 | DHS | Other | Mediation with Circle Group. | 10.00 |
| 7/7/2017 | DHS | Other | filing opt-ins and filing motion to stay | 1.40 |
| 7/24/2017 | DHS | Meeting | call with potential administrator | 1.10 |
| 8/11/2017 | DHS | Phone Call | call with optime about settlement agreement | 1.10 |
| 8/31/2017 | DHS | Draft | Settlement docs for filing | 1.80 |
| 9/2/2017 | DHS | Draft | Motion for Prelim. Appr. | 6.7 |
| 9/6/2017 | DHS | Draft | Settlement | 3.10 |

**Total Hours** 450.50

**Hourly Rate** $350.00/hr
**TOTAL LODESTAR** 157675

## Towards Justice Costs

### *Solis, et al. v. Circle Group, et al.*, 16-cv-01329 (D. Colo.)

| Date | Memo/Description | Amount |
|---|---|---|
| 04/14/2016 | Lien extension county filing fee | $ 21.00 |
| 05/27/2016 | Lien extension county filing fee | $ 21.00 |
| 09/28/2016 | Lien extension county filing fee | $ 21.00 |
| 11/08/2016 | Stevens Koenig -- Court Reporter Transcription for Bankruptcy Proceeding | $ 99.00 |
| 11/30/2016 | Reimbursement for travel to GA for depositions | $ 171.16 |
| 02/17/2017 | BUCKHEAD DOCUMENT PURCHASE 02/15 404-8168686 GA CARD 6623 -- Scanning, copying, docs for Rule 2004 subpoena | $ 2,042.61 |
| 06/02/2017 | Stevens Koenig -- Court Reporter for depositions in Atlanta | $ 5,200.68 |
| 06/20/2017 | Expert Fees | $ 2,250.00 |
| 07/26/2017 | Transportation for meeting | $ 9.63 |
| 07/26/2017 | Transportation tor meeting | $ 7.41 |
| 11/7/2017 | Expert Fees for damages analysis | $ 2,645.75 |
| | **Total** | **$ 12,489.24** |