# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:16-cv-01329-RBJ

**VIOLETA SOLIS,**
**CESAR SALAZAR,**
**EDGAR CEBALLOS,**
**AARON SALAS,**
**HILDEBERTO ALDECO BALTAZAR,**
**JUAN RAMON RODRIGUEZ,**
**ADRIANA LIRA,**
**NANCY GUTIERREZ,**
**BEATRIZ MIRAMONTES,**
and those similarly situated;

    Plaintiffs,

v.

**THE CIRCLE GROUP, LLC,**
**JAVIER MARTINEZ DRYWALL, LLC,** and
**GULF COAST CONSTRUCTION, INC.**

    Defendants.

---

## DECLARATION OF ALEXANDER N. HOOD

I, Alexander N. Hood, in accordance with the requirements of 28 U.S.C. §1746, hereby declare:

1. I am an attorney for Plaintiffs in the above-captioned action.

2. I am the Director of Litigation at Towards Justice. Other than me, Towards Justice currently employs one other attorney (David Seligman), a paralegal, an executive director, and an outreach worker trained in social work.

3. Towards Justice is a Colorado-based 501(c)(3) non-profit organization that "empowers America's chronically marginalized workforce to address systemic injustice, defend family financial stability, and ensure that work is the most effective strategy for economic success in our country." *See* http://www.towardsjustice.org/.

4. Towards Justice has two programs: (1) access to justice, providing intakes and referrals for victims of wage theft and other violations of workplace rights, and (2) impact litigation. *See* http://www.towardsjustice.org/our_work.

5. This case originated in Towards Justice's access to justice program and was pursued through Towards Justice's impact litigation program, with the help of co-counsel. Towards Justice pursued this case as impact litigation because of the alleged misclassification of construction workers as independent contractors that is integral to the class and collective claims. Towards Justice believes that misclassification is an endemic policy problem in Colorado and nationally that disproportionally effects vulnerable immigrant and low-wage workers, the population it seeks to help.

6. My colleague, David Seligman, did the vast majority of attorney work for Towards Justice on this case.

7. Because of its origination in Towards Justice's access to justice program and prosecution in Towards Justice's impact litigation program, Towards Justice's bilingual intake specialist and paralegal, Justin Grant, had significant involvement throughout with client

communication and management. This was necessary because many of the clients and class members are monolingual Spanish speakers.

8. Mr. Grant put well over 100 hours into working on the case. But a significant portion of these hours were spent on translation, sometimes with an attorney present, and therefore the hours are not included in the loadstar calculation.

9. I did not incur significant billable hours as a result of this case, and therefore my hours are not included in the lodestar calculation.

10. Mr. Seligman and I do principally the same legal work at Towards Justice.

11. A reasonable hourly rate for my time is **$350/hr.**

12. This hourly rate was recently approved in Colorado state court in *Heredia v. Lorentz*, 2013CV032542 (Denver County Dist. Court, May 1, 2017), a certified class and collective action on behalf of workers who were misclassified and not paid overtime.

13. I earned my bachelor's degree from Williams College in 2002 and my law degree *cum laude* from Boston College Law School in 2010.

14. I founded Towards Justice, a Colorado non-profit legal organization dedicated to representing low wage workers.

15. I have been practicing law since 2010.

16. I have been counsel of record in over 15 cases in the Colorado State Courts.

17. I am counsel of record in the following federal and out-of-state cases: *Abdon et al v. Maneotis et al*, 11-cv-00110-JLK (D. Colo.); *Hernandez v. Moore et al*, 11-cv-00234-CMA-KMT (D.

Colo.); *Ayon v. Kent Denver School et al*, 12-cv-02546-WJM-CBS (D. Colo.); *Martinez Vasquez v. Leonard Farms and Livestock, LLC et al*, 13-cv-00451-CMA-CBS (D. Colo.); *Perez v. LFI FORT PIERCE, INC., et al*, 13-cv-01306-RBJ-CBS (D. Colo.); *Mancia Rivera v. Carniceria y Verduleria Guadalajara Inc. et al*, 13-cv-02309-REB-MJW (D. Colo.); *Evans, et al v. Loveland Automotive Investments, Inc.*, et al, 13-cv-02415-WJM-KMT (D. Colo.); *Gentry, et al v. National Multi List Service, Inc., et al*, 14-cv-00858-PAB-KMT (D. Colo.); *Avendano v. Averus, Inc. et al*, 14-cv-01614-CMA-MJW (D. Colo.); *Armijo, et al v. Star Farms, Inc. et al*, 14-cv-01785-MSK-MJW (D. Colo.); *Garza v. Western Stone of Lyons, LLC et al.*, 14-cv-01953-REB-NYW (D. Colo.); *Avina Painting Works LLC et al v. Smedra et al*, 14-cv-02057-PAB-NYW (D. Colo.); *Villalobos et al v. JMS Building et al*, 14-cv-02253-PAB-CBS (D. Colo.); *Menocal et al v. The GEO Group, Inc.*, 14-cv-02887-JLK (D. Colo.); *Beltran v. Noonan et al*, 14-cv-03074-CMA-CBS (D. Colo.); *Cota Martinez et al v. Xclusive Management LLC et al*, 15-cv-00047-MSK-MEH (D. Colo.); *Rojas et al v. Westco Framers LLC et al*, 15-cv-00168-WJM-KLM (D. Colo.); *Llacua et al v. Western Range Association et al*, 15-cv-01889-REB-CBS (D. Colo.); *HISPANIC AFFAIRS PROJECT , et al v. PEREZ, et al*, 15-cv-01562-BAH (D.D.C.); *Castillo v. Western Range Association et al*, 16-cv-00237-RCJ-VPC (D. Nev.); *Valverde v. Xclusive Staffing, Inc. et al*, 16-cv-00671-RM-MJW (D. Colo.); *Solis et al v. Circle Group, LLC*, 1:16-cv-01329-RBJ (D. Colo.); *Heredia v. Lorentz, et al.,* 2013CV032542 (Colo. Dist. Ct.); and *Bautista v. Carl Karcher Enterprises  LLC*, No.BC649777 (Cal. Super. Ct.); *Shockley v Gobrands, Inc.* 2:17-cv-04519-MSG (E.D. Pa..); and *Johnson et al v. Colorado Seminary,* 17-cv-02074-MSK-KMT (D. Colo.).

18. The majority of these cases are putative class or collective actions that allege federal and state wage and hour claims on behalf of low-wage workers, like the workers in this case.

19. Five of these cases are certified class actions for which I am class counsel (13-cv-02309; 14-cv-01785, 14-cv-01614, 14-cv-02887).

I declare under penalty of perjury that the statements made herein are true and correct.

>_/s/ Alexander N. Hood____

>Date:  November 27, 2017